IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISAAC K. FULLMAN, | : | CIVIL NO. 3:14-CV-2380 |
| | : | |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| PA STATE ATTORNEY GENERAL, | : | |
| | : | |
| Respondent | : | |

## ORDER

**AND NOW**, to wit, this 29th day of December 2014, in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. Petitioner's motion (Doc. 2) to proceed *in forma pauperis* is GRANTED.

2. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is summarily DISMISSED for lack of jurisdiction. See 28 U.S.C. § 2254(a)

3. The Clerk of Court shall NOTIFY petitioner.

4. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

5. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

s/James M. Munley
**JUDGE JAMES M. MUNLEY**
United States District Court